```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 18-30843-jpg
Edmund F. Berberick, Jr.                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-3          User: admin            Page 1 of 2           Date Rcvd: Mar 27, 2018
                              Form ID: 309A          Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Edmund F. Berberick, Jr.,    9890 Township Highway 18,    Carey, OH 43316-9790
tr              Bruce C. French,    PO Box 839,    Lima, OH 45802-0839
25355975       +Citibank/Shell Oil,    Citicorp Srvs/ Centralized Bankruptcy,    Po Box 790040,
                 St Louis, MO 63179-0040
25355976       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
25355980       +Frontier Communications,    114 Broad St.,    Stamford, CT 06901-2702
25355983       +Huntington National Bank,    491 W. Church St.,    Upper Sandusky, OH 43351-1038
25355984        Synchrony Bank My PayPal Card,    P.O. Box 105658,    Atlanta, GA 30348-5658
25355987       +Virginia Berberick,    9890 Township Highway 18,    Carey, OH 43316-9790

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: qlaw@ureach.com Mar 27 2018 21:57:44      Quentin M. Derryberry, II,   PO Box 2056,
                 15 Willipie Street Suite 220,    Wapakoneta, OH 45895
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Mar 27 2018 21:58:29      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
25355970       +EDI: BANKAMER.COM Mar 28 2018 01:38:00      Bank Of America,    Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
25355971       +EDI: TSYS2.COM Mar 28 2018 01:38:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
25355972       +EDI: CAPITALONE.COM Mar 28 2018 01:38:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
25355974       +EDI: CHASE.COM Mar 28 2018 01:38:00      Chase Card Services,    Attn: Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
25355973       +EDI: CHASE.COM Mar 28 2018 01:38:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
25355977       +EDI: DISCOVER.COM Mar 28 2018 01:38:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
25355978       +EDI: DISCOVERPL Mar 28 2018 01:38:00      Discover Personal Loan,    Attn: Bankruptcy,
                 Po Box 30954,    Salt Lake City, UT 84130-0954
25355979       +EDI: ESSL.COM Mar 28 2018 01:38:00      Dish Network,    9601 S. Meridian Blvd.,
                 Englewood, CO 80112-5905
25355981       +E-mail/Text: bankruptcy@huntington.com Mar 27 2018 21:59:22      Huntington National Ba,
                 41 S High St,    Columbus, OH 43215-3406
25355982       +E-mail/Text: bankruptcy@huntington.com Mar 27 2018 21:59:22      Huntington National Bank,
                 P.O. Box 89424,    Attn: Bankruptcy-ReAffirmation,   Cleveland, OH 44101-6424
25358873       +EDI: PRA.COM Mar 28 2018 01:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
25355985       +EDI: RMSC.COM Mar 28 2018 01:38:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
25355986       +EDI: VERIZONWIRE.COM Mar 28 2018 01:38:00      Verizon Wireless,    1 Verizon Place,
                 Alpharetta, GA 30004-8510
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0647-3           User: admin              Page 2 of 2           Date Rcvd: Mar 27, 2018
                               Form ID: 309A            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

          Bruce C. French    brucecfrench@earthlink.net, bcfrench@woh.rr.com;bcf@trustesolutions.com;BCF@trustesolutions.net

          Quentin M. Derryberry, II    on behalf of Debtor Edmund F. Berberick, Jr. qlaw@ureach.com, qdlawfirm@gmail.com

          TOTAL: 2

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Edmund F. Berberick Jr.** | Social Security number or ITIN  xxx–xx–4041 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter  **7**   **3/23/18** |
| Case number: | **18–30843–jpg** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Edmund F. Berberick Jr. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9890 Township Highway 18<br>Carey, OH 43316 | |
| 4. | **Debtor's attorney**<br>Name and address | Quentin M. Derryberry II<br>PO Box 2056<br>15 Willipie Street Suite 220<br>Wapakoneta, OH 45895 | Contact phone 419–738–3217<br><br>Email: qlaw@ureach.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Bruce C. French<br>PO Box 839<br>Lima, OH 45802–0839 | Contact phone 419–222–9134<br><br>Email: brucecfrench@earthlink.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court<br>1716 Spielbusch Ave Room 411<br>Toledo, OH 43604 | Hours open 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | | Contact phone 419–213–5600<br><br>Date: 3/27/18 |
| 7. | **Meeting of creditors** | **May 22, 2018 at 12:30 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required ***<br>*** Proof of Social Security Number required *** | **401 W. North Street, Room 260, Lima, OH 45801** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/23/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

18-30843-jpg     Doc 9     FILED 03/29/18     ENTERED 03/30/18 00:22:01     Page 4 of 4